

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION**

FILED
APR 23 2007
U.S. DISTRICT COURT
BAY CITY, MICHIGAN

H. RICHARD FRUEHAUF, JR.,

    Plaintiff,

vs.

FRUEHAUF PRODUCTION COMPANY LLC,

    Defendant.

Case No. **07-11767**
JUDGE THOMAS L. LUDINGTON
MAGISTRATE JUDGE
CHARLES E. BINDER

**A civil action between the parties arising out of the transaction or occurrence alleged in this Complaint has been previously filed in this Court, and was dismissed pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i). The Docket Number assigned to this previously filed and dismissed action was Docket No. 2:04-cv-74625-BAF-WC, and the Judge assigned to the action was the Honorable Bernard A. Friedman.**

## COMPLAINT TO CONFIRM ARBITRATION AWARD

Plaintiff, H. Richard Fruehauf, Jr. ("Dick Fruehauf"), through his attorneys, Clark Hill PLC, states as follows for his Complaint to Confirm Arbitration Award against Defendant Fruehauf Production Company, LLC ("FPC" or "Defendant"):

## JURISDICTION AND VENUE

1. Plaintiff Dick Fruehauf is a citizen of the State of Florida.

2. Defendant FPC is a Michigan limited liability company that conducts business and maintains an office in Otsego County, Michigan at 990 South Wisconsin, Gaylord, Michigan 49735, and is a citizen of a state or states other than Florida. Jurisdiction is proper in this Court

pursuant to 18 U.S.C. § 1332, because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

3. Venue is proper in this Court pursuant to 18 U.S.C. § 1391(a), because Defendant FPC resides, is subject to personal jurisdiction, conducts business and maintains an office in Otsego County, Michigan.

## COUNT I
## CONFIRMATION OF ARBITRATION AWARD

4. The parties to this action entered into a written contract, which included a mandatory arbitration clause.

5. A dispute arose out of said contract, and Dick Fruehauf initiated litigation against Defendant FPC which was assigned to the Honorable Bernard A. Friedman (the "Litigation").

6. The parties to the Litigation agreed to submit the dispute to arbitration, and the Litigation was subsequently dismissed without prejudice.

7. From the later part of 2004, through July 2006, the claims raised by Dick Fruehauf against Defendant (among other claims) were arbitrated before a panel of arbitrators mutually agreed upon by the parties. This arbitration proceeding was managed by the American Arbitration Association ("AAA").

8. On July 7, 2006, the arbitrators delivered a written Arbitration Award (the "Award") on the claims raised by Dick Fruehauf against FPC, providing for, *inter alia*, payment of $375,000.00, plus interest from FPC to Dick Fruehauf. A copy of the award is attached as Exhibit A. Counterclaims by FPC and other Respondents against Claimant Dick Fruehauf were deferred by the arbitration panel for further hearing.

9. The Award fully determined the entire claim by Dick Fruehauf against FPC and is ripe for confirmation by this Court pursuant to 9 U.S.C. § 9.

5430609.1 9999/66

10. Pursuant to 9 U.S.C. § 9, the Award has been filed with the Clerk of the Court within one year after the Award was rendered.

11. The Award is valid and should be confirmed by the Court.

WHEREFORE, Plaintiff Dick Fruehauf requests that this Court (1) issue an order confirming the Award as rendered by the arbitrators; (2) enter judgment on the confirmed Award; and (3) grant Dick Fruehauf his costs and any other just and equitable relief warranted under the circumstances of this case.

        Respectfully submitted,

        CLARK HILL PLC

        By: _____
        Timothy D. Wittlinger (P22490)
        Jordan S. Bolton (P66309)
        500 Woodward Avenue, Suite 3500
        Detroit, Michigan 48226-3435
        (313) 965-8300

Date: April 20, 2007        Attorneys For H. Richard Fruehauf, Jr.

**JUDGE THOMAS L. LUDINGTON**
**MAGISTRATE JUDGE**
**CHARLES E. BINDER**

**07-11767**

# CIVIL COVER SHEET
**COUNTY IN WHICH ACTION AROSE: Otsego**

(11/99)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

## I. (a) PLAINTIFF
H. RICHARD FRUEHAUF, JR.,

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Florida

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

CLARK HILL, PLC
Timothy D. Wittlinger (P22490)
Jordan S. Bolton (P66309)
500 Woodward Ave.
Suite 3500
Detroit, Michigan 48226
(313) 965-8300

## DEFENDANT
FRUEHAUF PRODUCTION COMPANY, LLC,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Otsego County, Michigan
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

1. U.S. Government Plaintiff
2. U.S. Government Defendant
3. Federal Question (U.S. Government Not a Party)
X 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only) N/A

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State |  |  | Incorporated or Principal Place of Business in This State |  | X |
| Citizen of Another State | X |  | Incorporated and Principal of Business in Another State |  |  |
| Citizen or Subject of a Foreign Country |  |  | Foreign Nation |  |  |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury-Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability / 365 Personal Injury Product Liability | 625 Drug Related Seizure of Property USC 881 |  | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce/ICC Rates |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine / **PERSONAL PROPERTY** | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced & Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability / 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 810 Selective Service |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 371 Truth in Lending | 690 Other |  | 850 Securities/Commodities Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | 875 Customer Challenge 12 USC 3410 |
| X 190 Other Contract | 360 Other Personal Injury / 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 891 Agricultural Acts |
| 195 Contract Product Liability |  | 720 Labor/Mgmt Relations | 862 Black Lung (923) | 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 730 Labor/Mgmt Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 740 Railway Labor Act | 864 SSID Title XVI | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment / 510 Motions to Vacate Sentence | 790 Other Labor Litigation | 865 RSI (405(g)) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | **HABEAS CORPUS:** |  | 870 Taxes (U.S. Plaintiff or Defendant) |  |
| 245 Tort Product Liability | 444 Welfare / 530 General |  | 871 IRS Third Party 26 USC 7609 | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | 440 Other Civil Rights / 535 Death Penalty |  |  | 890 Other Statutory Actions |
|  | 540 Mandamus & Other |  |  |  |
|  | 550 Civil Rights |  |  |  |
|  | 555 Prison Conditions |  |  |  |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

X 1. Original Proceeding
2. Removed from State Court
3. Remanded from Appellate Court
4. Reinstated or Reopened
5. Transferred from another district (specify)
6. Multidistrict Litigation
7. Appeal to District Judge from Magistrate/Judgment

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Complaint to Confirm Arbitration Award

5292105v.1 27490/110930

| REQUESTED IN COMPLAINT: $375,000.00 | CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 | DEMAND $ 375,000.00 plus interest | CHECK YES only if demanded in complaint: JURY DEMAND: YES  **X** NO |
|---|---|---|---|
| VIII. RELATED CASE(S) IF ANY: | | JUDGE Bernard A. Friedman | DOCKET NUMBER 2:04-cv-74625 |
| DATE April 19, 2007 | | SIGNATURE OF ATTORNEY OF RECORD /s/Jordan S. Bolton  Jordan S. Bolton (P66309) | *[signature]* |

5292105v.1 27490/110930

SUANT TO LOCAL RULE 83.1

1. Is this a case that has been previously discontinued or dismissed?  ☒ YES  ☐ NO

   If yes, give the following information:

   Court: USDC Eastern District of Michigan, Southern Division

   Case No.: 2:04-cv-74625-BAF-WC

   Judge: Bernard A. Friedman

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ YES  ☒ NO

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes: