# WORMAN, DIXON & MANIS, P.L.C.

## ATTORNEYS AT LAW

2400 LAKE LANSING ROAD, SUITE F
LANSING, MICHIGAN 48912

GARY I. WORMAN[1]
KIMBERLY DIXON
PAULA K. MANS[2]

Also Admitted in
[1] Kansas
[2] Colorado

517-485-0400
Fax: 517-485-0402
wdmplc@core.com

HRF Antrim Ltd. Partnership
131 Kercheval Avenue #311
Grosse Pointe Farms, MI 48236

September 3, 2004
Invoice No. 2004-08-015
Tax ID No. 38-3546328

Re:     *Separation Agreement*
        *Program Interests*
        *Miscellaneous*
        *NuEnergy*

| Date | | Hours |
|------|------|------|
| 07-19-04 | Gary Worman: Review, revise petition. Discuss with Tim Brock. | .50 |
| 08-01, 08-02, 08-03, 08-04, 08-05-2004 | Work on PPCS for Denver trip. Complete lease analysis chart for binders. Telephone calls with Doug and Jeff, et al. Telephone calls, emails and letters. Conference call with Mark Godek and Doug Rasmussen. | 24.75 |
| 08-05-2004 | Conference call re: legal issues resulting from meeting. Telephone call with Jack Lynch re: same. Review agreement. | 1.75 |
| 08-06-2004 | Conference calls with Doug, Jeff and Karen re: legal issues on suspended funds. Call Linda Butka. | 1.60 |
| 08-08, 08-09, and 08-10-2004 | Telephone call re: meeting. Finalize Operating Agreement. Begin draft Letter Agreement for program accounting. | 9.90 |
| 08-10-2004 | Gary Worman: To MDEQ, discuss problems with notice to adjoining tracts. | .50 |
| 08-10-2004 | Gary Worman: Review petition; send note to Jeff Smetzer, Tim Brock. | .25 |
| 08-11-2004 | Gary Worman: Review and respond to correspondence from J. Smetzer, T. Brock; prepare final draft of petition with exhibits. | .50 |
| 08-11 and 08-13-2004 | Travel to and from Gaylord for meetings. Work on both legal issues and management issues. | 12.0 |
| 08-13-2004 | Gary Worman: Telephone conferences with T. Brock, J. Smetzer re: petition, changes to maps | .50 |
| 08-16-2004 | Telephone call from Ziobron re: well locations. Letter to Jeff re: same. Letter to Karen re: accounting/suspended funds. | 1.75 |
| 08-16-2004 | Return Linda Butka's telephone call. Telephone call from Doug, letter re: legal/accounting issues. Letter to Doug. | 2.50 |
| 08-16-2004 | Gary Worman: Revise petition; prepare final draft with exhibits. | 1.00 |
| 08-17-2004 | Telephone call with Linda Butka. Review reports and faxes. Send emails. Telephone call with Doug. | 1.80 |
| 08-18-2004 | Review and comment on memos and reports from Rasmussen. Begin draft of Assignment. Emails. Letter to Doug. | 3.80 |

| | | |
|---|---|---|
| 08-22 and 08-23-2004 | Prepare for, travel to and from, and attend meeting in Gaylord. Review legal issues with Jeff. | 2.75 |
| 08-25-2004 | Gary Worman: Deliver Petition to MDEQ | .25 |
| 08-26-2004 | Review of letter re: spacing/suspended funds. | .75 |
| 08-27-2004 | Telephone calls re: spacing, suspended funds, title. Letters re: same. | 1.75 |
| 08-31-2004 | Begin draft of Indian Green Assignments and Transfer Order. Telephone calls on various legal issues. Emails and telephone calls. | 2.0 |
| 08-01-2004 | Review suspended funds report. | .60 |
| 08-03-2004 | Telephone call from Tim Brock re: 6-33, 2-33 okay to have remote pit at C2-22. Waiting for MDEQ. | .25 |
| 08-04-2004 | Telephone calls, emails, review of materials. | 2.0 |
| 08-06-2004 | Multiple telephone calls, review emails and reports. | 2.40 |
| 08-10-2004 | Review May and June, 2004 JIBs. Telephone calls re: same. Letter to Jeff re: same, cc: Dick. Multiple telephone calls and emails. | 3.25 |
| 08-11 and 08-13-2004 | Travel to and from Gaylord for meetings. Work on both legal issues and management issues. | 13.0 |
| 08-16-2004 | Review Brock report. Letter to Brock. | .50 |
| 08-18-2004 | Emails. Review weekly summaries. Letter to various parties on various issues. Multiple telephone calls. Letters to Mark re: accounting and A-19. | 4.40 |
| 08-18 and 08-19-2004 | Review of account reports. Telephone calls and comments; edit report. Letters. Telephone call with Doug. | 3.25 |
| 08-20-2004 | Review comments on Operating Agreement. Complete edit of reports. Emails and telephone calls. | 3.0 |
| 08-22 and 08-23-2004 | Prepare for, travel to and from, and attend Gaylord meeting. Review legal issues with Jeff. | 10.0 |
| 08-24-2004 | Review request for transfer from drilling funds. Respond to same and respond to letters and emails. Cursory review of program JIBs. | 3.30 |
| 08-27-2004 | Review reports, letters and emails. Respond to all. Telephone calls. Review economics on A1-9. Return Tim's call re: same. Call Mark Godek. | 2.75 |
| 08-30-2004 | Respond to letters. Telephone calls. Conference call with Mark, Jeff and Karen. | 1.75 |

RECAPITULATION

# WORMAN, DIXON & MANIS, P.L.C.

## ATTORNEYS AT LAW

2400 LAKE LANSING ROAD, SUITE E
LANSING, MICHIGAN 48912

GARY L. WORMAN¹
KIMBERLY DIXON
PAULA K. MANIS¹

Also Admitted in
¹ Kansas
¹ Colorado

517-485-0400
Fax: 517-485-0402
wdmplc@core.com

HRF Antrim Ltd. Partnership
131 Kercheval Avenue #311
Grosse Pointe Farms, MI 48236

October 12, 2004
Invoice No. 2004-09-028
Tax ID No. 38-3546328

**Re:**   *Separation Agreement*
    *Program Interests*
    *Miscellaneous*
    *NuEnergy*

| **Date** | | **Hours** |
|---|---|---|
| 09/01/04 | Review notes and reports. Plethora of telephone calls and conference calls. Memo and letter re: proposed accounting/reporting and other issues. | 5.75 |
| 09/01/04 | Review and telephone call with Neal re: opinion letter. | .75 |
| 09/07/04 | Return Tim's call re: NORM. Check Assumption Agreement. Email Tom. Letter and telephone calls on legal issue. | 3.75 |
| 09/08/04 | Letters on accounting. Telephone call, letters re: programs. Letter to Doug. Conference call. | 3.75 |
| 09/10/04 | Telephone calls and emails. | 1.80 |
| 09/11/04 | Telephone calls and conference call. Letter to Doug re: Wolf 4-33, Geraldine 6-3 title issues and program titles. | 2.75 |
| 09/13/04 | Review and respond to letters and reports. Telephone calls and conference calls on JA, separation agreement and other issues. | 2.90 |
| 09/14/04 | Telephone call with Doug Rasmussen. Telephone call from Doug. Review reports form Neal, Malendowski, Thomas and compare. Telephone call with Jeff. | 2.80 |
| 09/15/04 | Review of all documents re: separation agreement and compare. Telephone call re: same. | 2.25 |
| 09/16/04 | Review of files for information on program interest. Review of Rasmussen materials. Telephone call with Rasmussen. Review of documents for escheats letter. Review and editing. Telephone calls re: same issue and other legal tax issues. | 4.75 |
| 09/17/04 | Separation Agreement issues. Letter to Rasmussen. Telephone call to Doug. Conference call with Doug and Check demand letters and status of same. | 2.50 |
| 09/22/04 | Review materials from Mark Godek with Separation Agreement. Telephone call with Jeff re: same. Conference call re: same. Letter. | 1.80 |
| 09/27/04 | Telephone calls and letters. | .60 |
| 09/28/04 | Conference calls. Letters and telephone calls re: Separation issues. Letters re: tax reverted lands. | 3.25 |
| 09/29/04 | Emails and telephone calls re: title issues. | 1.30 |

| Date | Description | Hours |
|---|---|---|
| 09/02/04 | Emails, review reports. Telephone calls. | 3.50 |
| 09/03/04 | Letter. Telephone calls and email. | 1.75 |
| 09/07/04 | Review of 2-22 materials. Review of final suspended funds report and other documents. Review weekly summaries and accountings. Telephone call re: same. | 3.20 |
| 09/07/04 | **Gary Worman:** Telephone Conference and Letter to Sue Maul at DEQ re: Expanding Scope of Hearing on Lucas 1-21 | .25 |
| 09/08/04 | Revise accounting procedures letters. Letter to Mark. Telephone call and conference calls. | 3.25 |
| 09/11/04 | Review reports and respond. Review weekly summary, drilling reports. | 1.80 |
| 09/14/04 | Review application on Rifle River 3-21. Application to plug 2-22. August Revenue and JIBs. Review insurance materials from Kris, letter re: same. Telephone call with Kris and Jeff re: insurance. | 3.30 |
| 09/17/04 | Review daily drilling reports. Email to Tim Brock. Telephone call with Tim. Telephone calls with Jeff, re: various issues. | 1.75 |
| 09/18/04 | Minutes from August 23rd meeting complete. Letter re: same. | 1.30 |
| 09/20/04 | Review emails and materials re: Dominion closing and audit, letter re: same. Trailer letter. Telephone calls with Jeff and Mark. | 1.70 |
| 09/21/04 | **Gary Worman:** Letter to DEQ re Ward Lake | .25 |
| 09/26/04 | Review drilling report and others. Letters and emails. | 2.30 |
| 09/27/04 | Telephone calls and letters. | 1.40 |
| 09/27/04 | Telephone calls re: accounting issues, tax reverted lands, etc. | .40 |
| 09/30/04 | Travel to and from Mt. Pleasant; review and pick up Janet's files. | 3.50 |

**RECAPITULATION**

# WORMAN, DIXON & MANIS, P.L.C.

## ATTORNEYS AT LAW

2400 LAKE LANSING ROAD, SUITE F
LANSING, MICHIGAN 48912

GARY L. WORMAN
KIMBERLY DIXON
PAULA K. MANIS[2]

Also Admitted in
[1] Kansas
[2] Colorado

517-485-0400
Fax: 517-485-0402
wdmplc@core.com

HRF Antrim Ltd. Partnership
131 Kercheval Avenue #311
Grosse Pointe Farms, MI 48236

November 4, 2004
Invoice No. 2004-10-038
Tax ID No. 38-3546328

*Re:*    ***Separation Agreement***
***Program Interests***
***Miscellaneous***
***NuEnergy***

| **Date** | | **Hours** |
|---|---|---|
| 10/01/04 and 10/02/04 | Review all agreements for assignments. Letters re: tax reverted lands. Telephone calls and letters. Conference call. Letter to Doug Rasmussen. | 4.80 |
| 10/03/04 and 10/04/04 | Review agreement. Letters re: same. Telephone calls and emails re: miscellaneous issues. Letter to Rasmussen, cc: HRF. | 2.25 |
| 10/05/04 | Complete PPM-97 review and letter to Rasmussen. | 1.75 |
| 10/06/04 and 10/07/04 and 10/08/04 | Prepare for and travel to and from Gaylord. Legal work on Wolf 4-33 and other wells. Telephone calls with Doug Rasmussen. Draft ROW Agreement. Discuss accounting issues. | 13.0 |
| 10/08/04 | Telephone calls on various issues. | 1.25 |
| 10/11/04 and 10/12/04 and 10/13/04 | Prepare for quarterly meeting. Review materials. Travel to and from Gaylord for meeting. Address legal management issues. | 6.0 |
| 10/13/04 | Telephone call from Doug re: Telephone call from Jeff re: ROWS and use of SOM lands. Letter re: same. | 2.40 |
| 10/13/04 and 10/04/04 | Return Rasmussen's telephone call. Letter re: same. Telephone call re: same. | 2.30 |
| 10/15/04 | Telephone call re: demand letter issues and other matters. | 1.80 |
| 10/18/04 | Several telephone calls re: demand letter and other issues. Research on Operating Agreement provisions. | 3.25 |
| 10/19/04 and 10/20/04 | Revise Ziobron ROW Agreement, draft Surface Use Agreement. Telephone calls re demand issues and related matters. Letters on several issues. | 5.30 |
| 10/21/04 to 10/27/04 | Telephone calls re: miscellaneous legal issues. Begin review of program payout. | 3.0 |
| 10/29/04 | Review of agreement and file re: demand letter, Dominion closing, oxygen charge. Telephone calls and conference calls. Continued review of program reports. | 4.80 |
| 10/30/04 and 10/31/04 | Begin review of program information. | 4.75 |

| | | |
|---|---|---|
| 10/01/04 | Review suspended revenue reports. Letter re: same. | 3.25 |
| 10/06/04 and 10/07/04 and 01/08/04 | Prepare for and travel to and from Gaylord. Legal work on Wolf 4-33 and other wells. Telephone calls with Doug Rasmussen. Draft ROW Agreement. Discuss accounting issues. | 8.0 |
| 10/10/04 | Review and respond to emails. Letters on various management issues. Review reports and prepare for October 12th meeting. | 3.25 |
| 10/11/04 and 10/12/04 and 10/13/04 | Prepare for quarterly meeting. Review materials. Travel to and from Gaylord for meeting. Address legal management issues. | 14.0 |
| 10/13/04 | Minutes and telephone calls and emails re: meeting issues. | 1.80 |
| 10/14/04 | Telephone calls re: demand letter communications and emails. Conference call. | 2.90 |
| 10/16/04 | Review files from Lynch, Gallagher, Lynch. Begin inventory. | 2.75 |
| 10/30/04 | Review and respond to emails. Review report. | 1.50 |

## RECAPITULATION

# WORMAN, DIXON & MANIS, P.L.C.

## ATTORNEYS AT LAW

2400 LAKE LANSING ROAD, SUITE E
LANSING, MICHIGAN 48912

GARY I. WORMAN
KIMBERLY DIXON
PAULA K. MANIS

517-485-0400
Fax: 517-485-0402
wdmplc@core.com

Also Admitted in
¹ Kansas
² Colorado

HRF Antrim Ltd. Partnership
31 Kercheval Avenue #311
Grosse Pointe Farms, MI 48236

December 6, 2004
Invoice No. 2004-11-37
Tax ID No. 38-3546328

**Re:    Separation Agreement**
**Program Interests**
**Miscellaneous**
**NuEnergy**

| Date | Hours |
|---|---|
| 11/1/2004 Phone conferences and emails; Review report; check Separation Agreement; Conference call re: same; phone conference w/Rasmussen; Telephone conferences re: damage, Settlement Releases | 2.75 |
| 11/2/2004 Continue review of program through materials on payout; Call 11/4/2004 Rasmussen; Telephone conferences w/Smetzer | 10.25 |
| 11/4/2004 Telephone conference with Rasmussen re: accounting analysis/legal implications; Telephone conferences w/Karen | 1.75 |
| 11/5/2004 Review Separation Agreement and Dominion Agreement letter re: NORM surface and use amount; Telephone conferences re: same; Talk w/Brock re: same | 3.8 |
| 11/7/2004 Review of chart re: costs for NORM cleanup and review of email re: same; letters to Karen | .75 |
| 11/6/2004 Review Separation Agreement and past agreement | 3.5 |
| 11/09/2004 Prepare for and travel to and from through Gaylord; legal work re: surface 11/12/2004 agreements, investment programs, title issues and other legal matters; Title review on 6-33 title problem | 12.5 |

i

| | | |
|---|---|---|
| 11/17/2004 | Telephone conferences re: legal issues; Review Order | 1.5 |
| 11/18/2004 | Attend hearing on Rifle River 3-21; Review of LP Agreement and Separation agreement calculations; multiple telephone conferences and teleconferences | 8.5 |
| 11/19/2004 | All day office meeting w/Jeff Smetzer reviewing payout materials | 8.75 |
| 11/20/2004 | Review fax; Telephone conference w/Rasmussen | 0.5 |
| 11/22/2004 | Agreement review, multiple telephone conferences and conference calls; Review and edit memo | 2 |
| 11/23/2004 | Review of documents; telephone conference and conference calls | 5.75 |
| 11/24/2004 | Review of documents, letters and agreements; Multiple telephone conferences and conference calls; Review underlying documents | 8.9 |
| 11/25/2004 | Review draft of pleadings; Review through email; Conference Calls; Telephone | 7.5 |
| 11/27/2004 | conferences and letter; review series of emails and telephone conferences. | |
| 11/29/2004 | Telephone conferences and conference call | 1.4 |
| 11/30/2004 | Review emails; Telephone conferences; Review draft; Letter re: same | 2.3 |
| 11/1/2004 | Review fax re: drilling funds | 2.40 |
| 11/3/2004 | Email to parties; Telephone conferences | .75 |
| 11/6/2004 | Review reports; Responsive emails; Telephone conference | 2.40 |
| 11/8/2004 | Respond to emails; telephone | 1.0 |

conferences

| | | |
|---|---|---|
| 11/12/2004 | Management issue discussions and reviews | 12.5 |
| 11/13/2004 | Telephone conferences and emails on and various matters; Begin report review | 2.9 |
| 11/14/2004 | | |
| 11/15/2004 | Phone conference w/Jeff and emails; Begin review of request on agreements | 3.8 |
| 11/6/2004 | Emails in response to various requests | 3.7 |
| 11/22/2004 | Agreement review, multiple telephone conferences and conference calls; Review and edit memo | 2 |
| 11/24/2004 | Review engineering reports and accounting reports; teleconferences re: same; respond to same | 1.5 |
| 11/29/2004 | Final review of JIBs and letter to Dick and Janet; Letter to Jeff and Time | 2.25 |
| 11/30/2004 | Review Brock reports, Thomas report; Telephone conferences | 1.5 |

## RECAPITULATION

# WORMAN, DIXON & MANIS, P.L.C.

## ATTORNEYS AT LAW

2400 LAKE LANSING ROAD, SUITE E
LANSING, MICHIGAN 48912

GARY L WORMAN¹
KIMBERLY DIXON
PAULA K. MANIS¹

Also Admitted in
¹ Kansas
² Colorado

517-485-0400
Fax: 517-485-0402
wdmplc@core.com

HRF Antrim Ltd. Partnership
131 Kercheval Avenue #311
Grosse Pointe Farms, MI 48236

January 5, 2005
Invoice No. 2004-12-23
Tax ID No. 38-3546328

**Re:** **Separation Agreement**
**Program Interests**
**Miscellaneous**
**NuEnergy**

| Date | Hours |
|---|---|
| 12/1/2004 Review of materials from Doug; Check underlying agreements; Edit materials | 6.5 |
| 12/2/2004 Emails and letters; Telephone conferences re: accountings, investment wells and related issues | 3.75 |
| 12/4/2004 Review escrow agreement, email re: same; Complete review title issue | 2.25 |
| 12/6/2004; Prepare for and travel to and from Gaylord 12/7/2004 for meetings with Jeff, et al on legal issues and other matters; Review legal issues re: Ziobron insurance, and Wolf | 4.0 |
| 12/8/2004; Prepare for family annual meeting; 12/9/2004 Telephone conference re: accounting and other matters; Conference calls; Telephone conference w/accountant. | 4.40 |
| 12/10/2004 Travel to and attend annual family meeting | 8.3 |
| 12/14/2004 Conference call w/Smetzer and Rasmussen; Letters re: several issues; Conference call w/Rasmussen, et al; Review notes re: suspended funds; Edit fax to Jeff; Letter to accountant; Telephone conferences from accountant | 4.3 |

12/15/2004 Review and edit email from Rasmussen;                      2.6
          Multiple emails and letters; Respond to
          email and telephone conference re:  same;
          Review Mulvaney letter; Multiple telephone
          conferences w/Grace; Telephone
          conferences w/Doug; Telephone
          conferences w/Jeff; Telephone conferences
          w/auditor (THIS CHARGE HAS BEEN
          DIVIDED IN HALF WITH THE AUDIT
          CHARGES)

12/16/2004 Respond to Brock email on NORM issue;                      1.75
          Telephone conference w/JJL; Letter to JJL;
          Research re:  NORM issue

12/18/2004 Telephone conferences and emails and                       3.75
          through letters re:  suspended funds and other
12/21/2004 issues


12/1/2004 Review reports; Telephone conferences                       2
          w/Brock; Conference calls re:  operational
          issues

12/2/2004 Responses to misc. issues; Telephone                        1.8
          conferences and conference call

12/3/2004 Telephone conferences and emails on misc.                   2.75
          issues

12/4/2004 Review reports re:  accounting and                          1.75
          operations

12/5/2004 Begin review of files and report in                         3
          preparation for family annual meeting

12/6/2004; Prepare for and travel to and from Gaylord;                10
12/7/2004 Review legal issues re:  Zibron insurance
          and Wolf; Management issues

12/14/2004 Review 12/1/04 letter re:  accounting;                     1.4
          Review reports; Responsive emails

12/17/2004 Review request for transfer of funds;                      4.25
          through Letters, emails and telephone conferences
12/20/2004 and various management issues

RECAPITULATION

# WORMAN, DIXON & MANIS, P.L.C.

### ATTORNEYS AT LAW

2400 LAKE LANSING ROAD, SUITE E
LANSING, MICHIGAN 48912

GARY L. WORMAN[1]
KIMBERLY DIXON
PAULA K. MANIS[2]

Also Admitted in
[1] Kansas
[2] Colorado

517-485-0400
FAX: 517-485-0402
wdmplc@core.com

HRF Antrim Ltd. Partnership
131 Kercheval Avenue #311
Grosse Pointe Farms, MI 48236

February 4, 2005
Invoice No. 2005-01-025
Tax ID No. 38-3546328

**Re:** **Separation Agreement**
**Program Interests**
**Miscellaneous**
**NuEnergy**

| Date | | Hours |
|------|---|-------|
| 1/3/2005 | Telephone conferences and emails re: various legal matters | 2.50 |
| 1/4/2005 | Review of proposed Assignment and other materials faxed by Smetzer; Telephone conferences re: same | 2.75 |
| 1/5/2004 | Conference calls w/Smetzer and Rasmussen re: several issues; Review all agreements; Preparation for 12-6 call; Telephone conferences and emails re: accounting | 6.25 |
| 1/6/2005 & 1/7/2005 | Telephone conferences re: accounting, email re: same; Review PPMs and Agreements; Letter re: same; Telephone conferences; Letters; Conference calls | 9.50 |
| 1/12/2005 | Telephone conferences w/Rasmussen, Smetzer; Numerous telephone conferences and emails re: various issues | 3.30 |
| 1/14/2005 | Telephone conferences and conference calls; Review of materials | 3.30 |
| 1/15/2005 | Telephone conferences re: gas purchases, sales, etc. | 2.40 |
| 1/15/2005 & 1/16/2005 | Compilation of HRF Jr. documents for Rasmussen; | 2.75 |
| 1/18/2005 | Meeting w/Smetzer and Karen Thomas in Gaylord re: various issues; Telephone conference w/Rasmussen; Telephone | 5.75 |

conferences

| 1/19/2005 | Telephone conference w/Smetzer; Review agreement and modify; Letter to Smetzer re: same; Telephone conferences; Mortgage review | 5.75 |
|---|---|---|
| 1/20/2005 | Complete Surface Use Agreement; Telephone conferences; Review Agreement | 1.75 |
| 1/21/2005 | Document review and report; Telephone conferences w/Rasmussen; Telephone conference w/accountant | 3.8 |
| 1/24/2005 | Telephone conferences; Emails; Document review | 2.25 |
| 1/25/2005 | Several telephone conferences re: legal issues; Review revised Agreement; Comment re: same and email modified Agreement and letter to Smetzer | 3.75 |
| 1/26/2005 | Numerous telephone conferences and conference calls; Email and review of Smetzer materials | 5.25 |
| 1/28/2005 | Telephone conferences | 1.80 |
| 1/29/2005 | Review Willow Draw materials; Email re: the same; Telephone conference re: accounting issues; conference call w/Smetzer and Karen Thomas; Letter | 2.70 |
| 1/31/2005 | Telephone conferences; Draft Special POAs; Multiple Telephone Conferences re: Willow Draw; Letters re: same and other issues | 2.3 |
| 1/5/2005 | Review of all reports, emails and letters which came in while gone; Respond to same | 3.8 |
| 1/6/2005 | Conference call re: insurance; Emails re: | .50 |

same

| 1/10/2005 | Telephone conferences re: various issues; Emails | 1.50 |
| 1/11/2005 | Telephone conferences; Review reports | 2.75 |
| 1/13/2005 | Several telephone conferences and emails; Letter re: JIBs, etc. | 2.75 |
| 1/21/2005 | Review of faxes, letter and reports | 3.4 |
| 1/29/2005 | Review request for transfer of funds | 1.8 |

## RECAPITULATION

# WORMAN, DIXON & MANIS, P.L.C.

### ATTORNEYS AT LAW

2400 LAKE LANSING ROAD, SUITE E
LANSING, MICHIGAN 48912

GARY L. WORMAN[1]
KIMBERLY DIXON
PAULA K. MANIS[2]

Also Admitted in
[1] Kansas
[2] Colorado

517-485-0400
Fax: 517-485-0402
wdmplc@core.com

HRF Antrim Ltd. Partnership
131 Kercheval Avenue #311
Grosse Pointe Farms, MI 48236

March 2, 2005
Invoice No. 2005-02-006
Tax ID No. 38-3546328

*Re:*   *Separation Agreement*
       *Program Interests*
       *Miscellaneous*
       *NuEnergy*

| Date | | Hours |
|------|------|------|
| 2/1/2005 | Telephone conferences re: legal issues w/Rasmussen; Telephone conferences w/Smetzer; Conference calls; Letter to Rasmussen | 2.80 |
| 2/2/2005 | Telephone conferences and conference calls on various issues; Research on HRF Resources | 2.4 |
| 2/3/2005 | Telephone conferences re: accounting issues; Conference call re: same; Review materials re: accounting issues | 2.75 |
| 2/7/2005 | Telephone conferences on various issues; Review report; Letter re: UCC and other reports; Letter to Topp; Telephone call with accountant | 2.75 |
| 2/9/2005 | Conference call re: meeting; Review agreements to confirm provisions; Telephone conferences | 4.0 |
| 2/10/2005 | Review files; Letter to Dewey; Telephone conferences | 2.75 |
| 2/11/2005 | Review letters; Telephone conferences re: same | 1.2 |
| 2/13/2005 | Telephone conferences; Telephone conference with Lynn re: meeting; review documents in preparation for meeting | 4.0 |
| 2/14/2005 | Telephone conferences re: meeting issues; Review of documents in preparation | 3.70 |

| | | |
|---|---|---|
| 2/15/2005<br>2/16/2005 | Telephone conferences and conference and calls re: agreements and meeting; Prepare for and travel to and from meeting; Follow up re: meeting | 17.75 |
| 2/17/2005 | Telephone conferences and conference call; Review agreement; Review proposal | 2.0 |
| 2/18/2005<br>through<br>2/20/2005 | Several telephone conferences re: meeting and other issues; Review and respond to letters and emails; Review PSA; Draft letters | 3.75 |
| 2/21/2005 | Conference calls; telephone conferences; letter | 2.5 |
| 2/23/2005<br>2/24/2005 | Email and letter re: accounting issue, and telephone conference re: same; | 3.80 |
| 2/25/2005<br>through<br>2/27/05 | Telephone conference with accountant; Several other telephone conferences and emails; Review Drews's Surface Use Agreement; Begin Operating Agreement finals and related issues | 9.25 |
| 2/28/2005 | Multiple telephone conferences, emails, and letters re: accounting and other issues; Telephone conferences with Smetzer and Brock re: 6-33 problem; Conference call | 2.75 |
| 2/4/2005 | Telephone conferences on various issues; Telephone conference w/Brock re: facilities | 1.75 |
| 2/19/2005 | Get caught up on review of reports, emails and letters | 1.5 |
| 2/23/2005<br>through<br>2/25/2005 | Review two funds requests from NuEnergy; Letter re: taxes; Telephone conferences; Review monthly JIBs and accounting; | 8.75 |

# RECAPITULATION

# WORMAN, DIXON & MANIS, P.L.C.

### ATTORNEYS AT LAW

2400 LAKE LANSING ROAD, SUITE E
LANSING, MICHIGAN 48912

GARY L. WORMAN
KIMBERLY DIXON
PAULA K. MANIS[2]

Also Admitted in
[1] Kansas
[2] Colorado

517-485-0400
Fax: 517-485-0402
wdmplc@core.com

HRF Antrim Ltd. Partnership
131 Kercheval Avenue #311
Grosse Pointe Farms, MI 48236

April 4, 2005
Invoice No. 2005-03-031
Tax ID No. 38-3546328

*Re:  **Separation Agreement**
      **Program Interests**
      **Miscellaneous**
      **NuEnergy***

| Date | | Hours |
|------|--|-------|
| 3/1/2005 | Continue to review JOA and contract; Telephone conferences, conference call | 5.2 |
| 3/2/2005 | Complete review of JOA and contract; Telephone conferences and conference call; Review Surface Use Agreement for Catholic Diocese | 4.75 |
| 3/3/2005 | Telephone conference and office meeting w/Jeff | 1.0 |
| 3/4/2005 | Telephone conferences | 1.0 |
| 3/5/2005 & 3/6/2005 | Review of Marquis Jet materials; Respond to Smetzer and Brock requests | 7.0 |
| 3/7/2005 through 3/11/2005 | Review Drews Surface Use Agreement and comments from attorney; Letter to Smetzer; Telephone conferences re: airtime lease agreements; Telephone conference w/Rasmussen re: setting up a single member LLC; Telephone conferences w/Suzy Franks; Call to Ken | 9.75 |
| 3/10/2005 | Telephone conferences re: accounting and related matters; Review and respond to letters | 2.8 |
| 3/12/05 & 3/13/05 | Marquis Jet contract review; Letter to Dick; Call Godek; Telephone conferences w/Smetzer | 6.8 |
| 3/14/2005 | TC w/Ken re: Marquis Jet; Call Godek; Return Suzy Frank's call | .75 |

| | | |
|---|---|---|
| 3/15/2005 | Telephone conferences re: McKim tubing and other issues; Prep for meting w/Diocese; Review materials for Rasmussen | 3.60 |
| 3/15/2005 & 3/16/2005 | Telephone conferences re: Marquis Jet; Travel to and from Gaylord for meeting w/Catholic Diocese and other legal and management issues | 8.5 |
| 3/17/2005 | Review file; Review resumes, letter re: same; Telephone conferences re: same | 3.75 |
| 3/18/2005 | Telephone conferences with Suzy Frank and correspondences re: questions on jet contract; Telephone conference w/Rasmussen; Call Annette Lempke; Call Accountant; Review letters re: same | 2.70 |
| 3/21/2005 | Telephone conferences and emails on Surface Use Agreement and other issues; Review and modify the same | 1.70 |
| 3/22/2005 | Telephone conferences with Rasmussen re: White River Aviation and other matters; Office meeting w/Smetzer | 2.75 |
| 3/23/2005 | Telephone conferences re: accounting; Letters and emails; Conference calls; Begin research | 3.8 |
| 3/22/2005 through 3/25/2005 | Telephone conferences on accounting issues; Research re: COPAS/JOA questions and internet search | 9.75 |
| 3/25/2005 | Telephone conferences on accounting; Conference calls re: same; Correspondence w/Marquis; Telephone conferences re: NORM issues; Review agreement re: same; Letter to Suzy Frank | 4.25 |
| 3/26/2005 | Review materials from accountant | .75 |

| | | |
|---|---|---|
| 3/28/2005 through 3/30/2005 | Telephone conferences and letters to accountant; Conference call; Review and edit agreement; Telephone conferences re: same; Review JOAs; Letter to Rasmussen re: same; Telephone conference w/Smetzer; Telephone conference w/accountant; Telephone conferences w/Suzy Frank; Letter and analysis to Rasmussen; Telphone call from Suzy Frank; Final review of contract; Letter transmitting same c.c. Suzy Frank; Conference call; Letters re: accounting; Several telephone conferences; Review agreements and draft agreements; Telephon conferences w/Rasmussen re: various issues | 12.25 |
| 3/3/2005 | Review reports; Telephone conference re: same | 1.0 |
| 3/6/2005 | Review JIBs and monthly reports; Review numerous reports and respond | 2.9 |
| 3/9/2005 | Telephone conference re: various issues and respond to emails | 2.4 |
| 3/15/2005 3/16/2005 | Telephone conferences re: Marquis Jet; Travel & to and from Gaylord for meeting w/Catholic Diocese and other legal and management issues | 8.0 |
| 3/17/2005 | Follow up on management issues in telephone conferences and emails | 1.75 |
| 3/18/2005 | Review request for Transfer of Funds of 3/9/05; Telephone conferences re: same | 2.25 |
| 3/23/05 & 3/24/05 | Telephone conferences and letter re: accounting issue; Begin review of JIBs; Telephone conferences w/Karen Thomas; Telephone conference w/Elizabeth, email re: same | 2.75 |
| 3/28/2005 | Telephone conferences and emails re: annual meeting and management issues, gas sales issue; Review suspended funds report and JIBs | 1.75 |

# RECAPITULATION

# WORMAN, DIXON & MANIS, P.L.C.

## ATTORNEYS AT LAW

2400 LAKE LANSING ROAD, SUITE E
LANSING, MICHIGAN 48912

GARY L. WORMAN[1]
KIMBERLY DIXON
PAULA K. MANIS[2]

Also Admitted in
[1] Kansas
[2] Colorado

517-485-0400
Fax: 517-485-0402
wdmplc@core.com

HRF Antrim Ltd. Partnership
131 Kercheval Avenue #311
Grosse Pointe Farms, MI 48236

May 3, 2005
Invoice No. 2005-04-007
Tax ID No. 38-3546328

**Re:** *Separation Agreement*
*Program Interests*
*Miscellaneous*
*NuEnergy*

| Date | | Hours |
|------|------|-------|
| 4/1/2005 through 4/11/2005 | Telephone conference w/Doug; Review agreement and correspondence; Multiple telephone conferences on environmental issues w/Rifle River 3-21; Miscellaneous telephone conferences | 3.8 |
| 4/12/2005 | Telephone conferences and letter on environmental issues w/Rifle River 3-21; Telephone conferences; Review memo on treating gas | 2.80 |
| 4/14/2005 through 4/18/2005 | Telephone conferences w/Smetzer; Telephone conferences w/Brock and Smetzer; Conference call w/Smetzer and Karen Thomas; Review drilling contract, telephone conference w/Brock re: same; Letter re: contract | 6.75 |
| 4/18/2005 | Correspondence and telephone conferences re: assignments and other matters | 2.25 |
| 4/19/2005 | Telephone conferences and a conference call on accounting issues, letters | 2.75 |
| 4/20/2005 | Telephone conferences re: accounting and other issues; Review accountant materials; Telephone conference w/accountant; Telephone conference w/Rasmussen; Letters | 4.00 |
| 4/20/2005 through 4/21/2005 | Travel to and from Gaylord for meeting re: accounting and other legal issues | 5.75 |
| 4/22/2005 | Telephone conference w/accountant; Review letters re: same; Letter re: same and other issue; Conference call | 2.0 |
| 4/27/2005 | Telephone conferences w/Rasmussen; Review file letter transmitting requested materials; Research; Fax info to | 3.80 |

| | Rasmussen; Telephone conference w/accountant and letters re: same | |
|---|---|---|
| 4/28/2005 | Cursory review of State of Michigan PPC agreements; Telephone conference w/Karen Thomas re: State of Michigan PPC agreement; Telephone conferences re: accounting | 1.75 |
| 4/24/2005 through 4/30/2005 | Work on Assignments for Bagley Energy and HRF Antrim/NuEnergy Operating Agreements; Telephone conferences and letter re: same | 8.8 |
| | | |
| 4/1/2005 through 4/11/2005 | Multiple telephone conferences; Review reports submitted while on vacation, well and other matters; Respond to emails | 6.75 |
| 4/13/2005 | Telephone conference Smetzer re: ASATT contract and other telephone conferences re: same | 1.75 |
| 4/13/2005 | Conference call w/Karen Thomas and Smetzer re: misc. accounting and management issues; Review Title Opinion and JIBS; Telephone conference w/Karen Thomas re: same; Letters re: same; Review funds request for 6-10, 3-21; Review other JIBS | 4.75 |
| 4/14/2005 | Telephone conferences on accounting issue; Letter to Karen Thomas and Elizabeth | .75 |
| 4/18/2005 | Telephone conferences and emails re: miscellaneous matters, letters | 2.75 |
| 4/20/2005 & 4/21/2005 | Travel to and from Gaylord for meetings re: accounting and other legal issues | 8.0 |
| 4/22/2005 | Review materials re: H2S; Letters re: same | 1.40 |
| 4/25/2005 | Telephone conferences re: management issues; Review JIBs; Telephone conferences w/Smetzer; Review materials on wells | 1.75 |
| | | |



# RECAPITULATION

# WORMAN, DIXON & MANIS, P.L.C.

### ATTORNEYS AT LAW

2400 LAKE LANSING ROAD, SUITE E
LANSING, MICHIGAN 48912

GARY L. WORMAN¹
KIMBERLY DIXON
PAULA K. MANIS¹

Also Admitted in
¹ Kansas
² Colorado

517-485-0400
Fax: 517-485-0402
wdmplc@core.com

HRF Antrim Ltd. Partnership
131 Kercheval Avenue #311
Grosse Pointe Farms, MI 48236

June 3, 2005
Invoice No. 2005-05-006
Tax ID No. 38-3546328

**Re:** *Program Interests*
*Miscellaneous*
*NuEnergy*

| Date | | Hours |
|---|---|---|
| 5/1/2005 through 5/3/2005 | Work on Operating Agreements and Assignments | 6.75 |
| 5/2/2005 through 5/42005 | Review Willow Draw closing; Work on review of Assignments; Review PPC correspondence; Review letters from Smetzer re: same; Letter re: same | 15.75 |
| 5/5/2005 | Review comments to drilling contract from Brock; Respond to same; Continue review of Assignments | 8.75 |
| 5/6/2005 through 5/9/2005 | Work on Assignments; Telephone conferences w/Doug Rasmussen; Return calls; Responses re: contracts, etc. | 13.75 |
| 5/101/2005 | Return calls re: various legal issues; Conference calls | 2.80 |
| 5/12/2005 | Letters on trailer; Begin review of Bott materials | 1.8 |
| 5/17/2005 | Telephone conferences and emails re: various issues | 1.75 |
| 5/18/2005 | Telephone conferences re: legal issues and letters | 3.0 |
| 5/22/2005 | Respond to questions on interest, land acquisition, etc. | 2.75 |
| 5/23/2005 | Telephone conferences on various issues, emails | 1.75 |
| 5/24/2005 | Telephone conferences and conference call; Begin review of Godek proposal | 1.50 |
| 5/31/2005 | Telephone conference w/accountant; Telephone conference with Marquis Jet; Review final Operating Agreement, letter to parties; Telephone conference with attorney | 2.75 |

| 5/1/2005 | Review JIBs for Bagley and HRF Antrim; Memo re: same | 3.0 |
| 5/10/2005 | Telephone conferences re: insurance, JOAs, etc.; Review memos and respond | 3.70 |
| 5/15/2005 | Review monthly reports; Letters re: same | 1.75 |
| 5/16/2005 & 5/17/2005 | Telephone conferences with Smetzer re: management issues; Office meeting re: management issues | 4.0 |
| 5/18/2005 | Office meeting with Smetzer re: misc. management issues | 1.80 |
| 5/19/2005 | Telephone conference re: management issues | 1.75 |

## RECAPITULATION

# WORMAN, DIXON & MANIS, P.L.C.

## ATTORNEYS AT LAW

2400 LAKE LANSING ROAD, SUITE E
LANSING, MICHIGAN 48912

GARY L. WORMAN[1]
KIMBERLY DIXON
PAULA K. MANIS[2]

Also Admitted in
[1] Kansas
[2] Colorado

517-485-0400
FAX: 517-485-0402
wdmplc@core.com

HRF Antrim Ltd. Partnership
131 Kercheval Avenue #311
Grosse Pointe Farms, MI 48236

July 1, 2005
Invoice No. 2005-06-005
Tax ID No. 38-3546328

**Re:**  *Program Interests*
 *Miscellaneous*
 *NuEnergy*

| Date | | Hours |
|---|---|---|
| 6/1/2005 through 6/2/2005 | Telephone conferences and emails re: various legal issues; Review file re: class action to determine who should be in | 8.3 |
| 6/6/2005 | Review Operating Agreements; Letter to parties; Letter re: Black Stone v. State of MI; Begin letter re: proposal | 2.75 |
| 6/8/2005 through 6/9/2005 | Review 6-33 re: Krause claim; Letter to Topp; Letter re: accounting proposal | 10.75 |
| 6/9/2005 | Complete Topp letter; Begin review of Bott materials re: claim of non-development; Telephone conferences on accounting/legal issues; Review agreement re: Smetzer question | 5.70 |
| 6/10/2005 | Review Plante Moran proposal; Look at agreement for possible acquisition | 3.80 |
| 6/13/2005 through 6/18/2005 | Review Plante Moran proposal, letter re: same; Telephone conferences re: same; Return calls | 5.80 |
| 6/15/2005 | Telephone conferences re: accounting; Telephone conferences re: Operating Agreements; Travel to and from Mt. Pleasant to review and pick up files | 9.75 |
| 6/20/2005 | Telephone conferences with accountants; Telephone conferences with Mark Godek; Telephone conference with Doug Rasmussen; Telephone conference with Tim Brock; Telephone conferences and emails re: other issues; Letter re: accounting | 6.8 |
| 6/21/05 | Return Tim Brock call; Review and organize Lynch Gallagher Lynch files on Geraldine lands and other materials | 8.0 |

| Date | Description | Hours |
|---|---|---|
| 6/23/2005 | Meeting with Jeff Smetzer on various legal issues | 8.5 |
| 6/24/2005 | Check on insurance; Telephone conference with several accountants; Review Willow Draw; Telephone conferences with Mark Godek; Telephone conferences with accountants | 3.8 |
| 6/25/2005 and 6/26/2005 | Review materials in preparation for Monday meeting; Return phone calls; Review insurance; Letter on Willow Draw | 4.5 |
| 6/27/2005 | Travel to and from Detroit to attend semi-annual family meeting | 7.00 |
| 6/28/2005 | Telephone conferences with Jeff and Karen; Interviews with accountants; Prepare for meeting; Review Capital Transfer Agreement | 5.4 |
| 6/29/2005 | Prepare for meeting with accountants; Interoffice meeting with Jeff, accountants, Dick, and Ken | 5.70 |
| 6/30/2005 | Office meeting with Smetzer | 1.75 |
| | | |
| 6/5/2005 and 6/6/2005 | Begin review of all other revenue statements and JIBs; Review JIBs and comment; Telephone conference and email re: same | 5.75 |
| 6/6/2005 and 6/7/2005 | Review all accounting records from last two months from Karen; Telephone conferences re: same; Letters re: same | 10.8 |
| 6/10/2005 | Review May accounting reports | 3.75 |
| 6/11/2005 & 6/13/2005 | Complete review of May accounting; Letter re: same | 2.60 |
| 6/22/2005 | Telephone conferences re: insurance and other management issues; Prepare for meeting | 3.5 |
| 6/23/2005 | Travel to and from Gaylord for meeting w/Jeff on management issues | 4.5 |
| 6/27/2005 | Travel to and from Detroit for semi-annual family meeting | 2.75 |
| | | |

# RECAPITULATION

# WORMAN, DIXON & MANIS, P.L.C.

## ATTORNEYS AT LAW

2400 LAKE LANSING ROAD, SUITE E
LANSING, MICHIGAN 48912

GARY L. WORMAN[1]
KIMBERLY DIXON
PAULA K. MANIS[2]

Also Admitted in
[1] Kansas
[2] Colorado

517-485-0400
Fax: 517-485-0402
wdmplc@core.com

HRF Antrim Ltd. Partnership
131 Kercheval Avenue #311
Grosse Pointe Farms, MI 48236

August 2, 2005
Invoice No. 2005-07-010
Tax ID No. 38-3546328

**Re:    Program Interests**
**Miscellaneous**
**NuEnergy**

| Date | | Hours |
|---|---|---|
| 7/1/2005 | Telephone conferences regarding various issues including accounting and insurance issues, severance tax | 2.0 |
| 7/5/2005 & 7/6/2005 | Review materials from Dick and other materials; Review accounting proposal materials submitted re: insurance letter on PPCs and telephone conferences re: same | 5.75 |
| 7/7/2005 | Telephone conference with Doug Rasmussen re: various issues | .25 |
| 7/8/2005 through 7/11/2005 | Modify SOM Assignments; Letter to DNR; Telephone conferences w/Jeff re: legal issues; Conference call w/Doug Rasmussen | 3.75 |
| 7/11/2005 | Telephone conference with Kevin Lang at Plante Moran; Telephone conference with Pavlik; Call Accountant; Letter re: Same | 1.75 |
| 7/12/2005 | Telephone conference re: various issues w/Doug Rasmussen; Telephone conference w/Sandi Burns re: records | .80 |
| 7/15/2005 | Telephone conference with Kevin Lang re: accounting transition; Telephone conference with Doug Rasmussen; Email re: same | 1.0 |
| 7/19/2005 | Review faxes, letters, emails and telephone conferences | 1.9 |
| 7/20/2005 | Review multiple agreements; Telephone conferences; Draft letters | 4.5 |
| 7/21/2005 | Telephone conferences and emails re: agreements | 1.80 |

| 7/26/2005 through 7/29/2005 | Review advance request; Return calls; Telephone conference with Karen | 2.4 |
|---|---|---|

## RECAPITULATION

# WORMAN, DIXON & MANIS, P.L.C.

### ATTORNEYS AT LAW

2400 LAKE LANSING ROAD, SUITE E
LANSING, MICHIGAN 48912

517-485-0400
Fax: 517-485-0402
wdmplc@core.com

GARY L. WORMAN
KIMBERLY DIXON
PAULA K. MANIS[1]

Also Admitted in
[1] Kansas
[1] Colorado

HRF Antrim Ltd. Partnership
131 Kercheval Avenue #311
Grosse Pointe Farms, MI 48236

September 6, 2005
Invoice No. 2005-08-054
Tax ID No. 38-3546328

**Re:**  *Program Interests*
*Miscellaneous*
*NuEnergy*

| Date | | Hours |
|---|---|---|
| 8/5/2005 | Review numerous reports, emails, letters; Telephone conferences and responses | 4.75 |
| 8/6/2005 & 8/7/2005 | Title review and research | 8.75 |
| 8/11/2005 | Numerous telephone conferences on various issues; Begin review of materials from NuEnergy | 3.0 |
| 8/12/2005 | Telephone conferences re: accounting issue letters; Work on Assignment | 2.4 |
| 8/13/2005 through 8/14/2005 | Work on title; Review submittals | 8.8 |
| 8/15/2005 | Telephone conferences re: accounting issues; Other telephone conferences; Review materials | 2.0 |
| 8/16/2005 | Telephone conferences on estate issues—Rifle River 3-21 and State Otsego Lake D3-5; Telephone conference with Ken; Telephone conferences with Jeff and Karen; Letter to Doug; Work on Assignments on kids' wells | 4.75 |
| 8/17/2005 | Work on Title; Telephone conferences re: accounting on kids' wells; Letter re: same | 6.75 |
| 8/21/2005 & 8/22/2005 | Review fax; Telephone conferences re: insurance issue; Review condo contract; Work on Assignments | 4.25 |
| 8/24/2005 | Telephone conferences re: various pending issues | 1.0 |
| 8/25/2005 | Review fax from Karen on various issues; Letter and telephone conference re: same | .75 |

| 8/30/2005 | Telephone conferences with accountants; Telephone conferences re: same; Review and comment on fax | 1.0 |
|---|---|---|
| | | |
| 8/20/2005 & 8/21/2005 | Review of July accounting data and review of other info provided by Karen | 7.0 |
| 8/23/2005 | Review faxed accounting info; Telephone conferences re: same; Email response | 2.75 |
| 8/25/2005 | Review request for capital transfer; Telephone conferences and emails with Karen | 4.8 |
| | | |

## RECAPITULATION

# WORMAN, DIXON & MANIS, P.L.C.

### ATTORNEYS AT LAW

2400 Lake Lansing Road, Suite E
Lansing, Michigan 48912

GARY L. WORMAN[1]
KIMBERLY DIXON
PAULA K. MANIS[2]

Also Admitted in
[1] Kansas
[2] Colorado

517-485-0400
Fax: 517-485-0402
wdmplc@core.com

HRF Antrim Ltd. Partnership
131 Kercheval Avenue #311
Grosse Pointe Farms, MI 48236

October 4, 2005
Invoice No. 2005-09-007
Tax ID No. 38-3546328

**Re:** **_Program Interests_**
**_Miscellaneous_**
**_NuEnergy_**

| Date | | Hours |
|---|---|---|
| 9/1/2005 through 9/3/2005 | Travel to and from Gaylord for meeting; Telephone conferences; Review Plante Moran files; Compile info | 5.5 |
| 9/5/2005 | Work on Assignments and agreements | 6.75 |
| 9/6/2005 | Review report; Telephone conference with accountant; Telephone conferences re: same; Review Thomas analysis | 4.5 |
| 9/7/2005 | Telephone conferences; Emails on accounting issues; Conference call | 2.25 |
| 9/9/2005 | Several telephone conferences and conference calls on legal issues including insurance | 2.70 |
| 9/11/2005 through 9/13/2005 | Review reports; Telephone conference w/Jeff Smetzer re: same; Review report and comment; Work on completing Assignments; Respond to insurance issues | 16.25 |
| 9/13/2005 | Review letter and agenda; Letter to accountants; Telephone conferences on various issues | 2.8 |
| 9/14/2005 | Work on Assignments | 2.0 |
| 9/15/2005 | Telephone conferences re: various matters including components of negotiations; Emails | 2.25 |
| 9/16/2005 & 9/17/2005 | Review reserve report; Telephone conference re: valuations w/counsel; Telephone conference w/Jeff Smetzer; Conference call; Work on documents | 6.75 |
| 9/18/2005 | Telephone conferences re: research to be done | 1.30 |
| 9/19/2005 | Telephone conferences and email letters on valuation, etc. | 1.75 |

| 9/20/2005 | Review applicable agreements; Letter re: proposal; Telephone conferences; Letter re: treating contract; Review evaluation and comment | 2.75 |
|---|---|---|
| 9/21/2005 | Telephone conferences re: evaluation; Research and review and letter on same; Telephone conferences on other issues | 4.4 |
| 9/26/2005 | Telephone conferences re: report evaluation; Review report; Fax question letter; Several telephone conferences | 3.75 |
| 9/28/2005 | Telephone conferences re: various issues; Conference call; Telephone conferences w/Attorney | 1.75 |
| 9/30/2005 | Telephone conferences w/Kevin Lang; Telephone conferences w/attorney; Review files | 5.3 |
| | | |
| 9/1/2005 through 9/3/2005 | Travel to and from Gaylord for meeting; Face to face meetings; Telephone conferences and review Plante Moran files; Compile information | 7.5 |
| 9/4/2005 through 9/6/2005 | Catch up on all accounting reports from August; Review letters, reports and emails from NuEnergy; Review letter to Andrews, Hooper & Pavlik w/attachments | 9.75 |
| 9/8/2005 | Complete accounting, letter to NuEnergy re: same | 3.8 |
| 9/10/2005 | Work on NuEnergy accounting including capital transfer request; Respond to emails re: issues | 3.80 |
| 9/13/2005 | Letter and telephone conferences on quarterly meeting and other administrative issues | 1.60 |
| | | |

## RECAPITULATION

# WORMAN, DIXON & MANIS, P.L.C.

## ATTORNEYS AT LAW

2400 LAKE LANSING ROAD, SUITE E
LANSING, MICHIGAN 48912

GARY L. WORMAN[1]
KIMBERLY DIXON
PAULA K. MANIS[2]

Also Admitted in
[1] Kansas
[2] Colorado

517-485-0400
Fax: 517-485-0402
wdmplc@core.com

HRF Antrim Ltd. Partnership
131 Kercheval Avenue #311
Grosse Pointe Farms, MI 48236

November 2, 2005
Invoice No. 2005-10-004
Tax ID No. 38-3546328

**Re:** *Program Interests*
*Miscellaneous*
*NuEnergy*

| Date | | Hours |
|------|---|-------|
| 10/1/2005 & 10/2/2005 | File review per request | 5.75 |
| 10/3/2005 | Conference call; Call accountant; Letter to Smetzer; Letter to attorney with documents; Several telephone conferences | 3.75 |
| 10/4/2005 | Review all files for background; Several telephone conferences with attorney; Review correspondence re: issues and respond; Review agreements; Letter re: same | 8.50 |
| 10/5/2005 | Continuing review and research; Multiple telephone conferences and conference calls | 6.90 |
| 10/6/2005 | Review report; Telephone conferences | 4.20 |
| 108/2005 & 10/9/2005 | Review materials; Review correspondence and respond | 2.90 |
| 10/9/2005 through 10/11/2005 | Multiple letters and telephone conferences; Work on Assignments and related agreements; Review response plan; Letters re: same; Review ASAAT and related agreements | 7.75 |
| 10/11/2005 | Review accounting info on D3-5, D3-21, D1-21; Multiple telephone conferences | 2.25 |
| 10/13/2005 | ASAAT letter; Review spreadsheet letter; Letter re: same; Telephone conferences re: same; Other letters | 2.25 |
| 10/13/2005 & 10/14/2005 | Review and modify letter; Respond to correspondence; Telephone conferences | 3.25 |
| 10/17/2005 | Telephone conference w/accountant; Respond to email; Review for note preparation | 1.5 |

| Date | Description | Hours |
|---|---|---|
| 10/19/2005 | Review letter and modify; Telephone conference re: same | 1.75 |
| 10/20/2005 | Telephone conferences re: accounting and legal issues; Review and revise letter | 1.75 |
| 10/21/2005 & 10/22/2005 | Review class action materials; Letter re: same; Telephone conferences on other issues | 4.50 |
| 10/23/2005 & 10/24/2005 | Research; Work on Bott; Telephone conferences re: same; Call Bott's attorney; Letter to attorney | 4.80 |
| 10/25/2005 | Review additional title information on Bott from Smetzer; Emails and telephone conferences on various issues; Finalize Bott letter; Telephone conference w/Smetzer | 3.25 |
| 10/26/2005 through 10/31/2005 | Telephone conferences re: NORM issue; Review Aon materials; Telephone conference with Settlement Administrator; Letter re: same; Work on Assignments; Letter to Doug; Telephone conferences on other issues; Review files per request | 19.75 |
| 10/31/2005 | Letters to client; Finalize; Work on assignment | 2.50 |
| | | |
| | | |
| 10/7/2005 | Review accounting data and reports re: same; Telephone conferences with Smetzer and Karen Thomas | 3.25 |
| 10/9/2005 | Review monthly accounting; email re: same | 3.50 |
| 10/12/2005 | Complete accounting review | 1.0 |
| 10/20/2005 & 10/21/2005 | Review accounting materials from Karen Thomas; Email re: same | 2.80 |
| 10/26/2005 | Telephone conferences on various issues; Review pipeline proposal; Review of accounting issues | 2.75 |
| | | |

# RECAPITULATION

# WORMAN, DIXON & MANIS, P.L.C.

## ATTORNEYS AT LAW

2400 LAKE LANSING ROAD, SUITE E
LANSING, MICHIGAN 48912

GARY L. WORMAN
KIMBERLY DIXON
PAULA K. MANIS¹

Also Admitted In
¹ Kansas
² Colorado

517-485-0400
Fax: 517-485-0402
wdmplc@core.com

HRF Antrim Ltd. Partnership
131 Kercheval Avenue #311
Grosse Pointe Farms, MI 48236

December 5, 2005
Invoice No. 2005-11-011
Tax ID No. 38-3546328

**Re:** *Program Interests*
*Miscellaneous*
*NuEnergy*

| Date | | Hours |
|------|---|-------|
| 11/1/2005 | Work on Assignments; Review report; Telephone conferences and emails on insurance issues and other matters | 5.30 |
| 11/2/2005 | Multiple telephone conferences; Review materials for conference call; Conference call; Letter on different issues; Work on Assignment | 4.25 |
| 11/3/2005 | Work on Assignment; Conference call with Karen and Jeff on several issues in lieu of trip to Gaylord; Letter on two issues | 4.75 |
| 11/4/2005 | Return calls on insurance and class action issues | .75 |
| 11/7/2005 | Review PPC issue; Letter re: same; Review 30 page fax from HRF Antrim; Telephone conferences and letter re: same; Correspondence on Lyons 2-28; Call Mike Rheaume re: Bott; Letter re: same | 3.75 |
| 11/8/2005 | Telephone conferences and emails re: accounting issues and Fruehauf meeting | 2.50 |
| 11/9/2005 | Office meeting w/Jeff re: various issues; Telephone conferences with attorney; Draft Indian Green Assignment and Division Order; Review per file usual | 6.80 |
| 11/10/2005 | Review accounting; Telephone conferences with Jeff and Karen; Do memo, revise and finalize; Review all materials in preparation for meeting | 8.30 |
| 11/11/2005 | Travel to and from Detroit for quarterly meeting and meeting with accountants; Follow up phone calls | 7.50 |
| 11/12/2005 | Gather notes; Summarize for distribution; Letter to all; Work on Assignments | 2.50 |

| 11/14/2005 | Work on promissory note issue; Telephone conferences on accounting and legal issues; Complete notes and letter to all; Telephone conferences with Karen; Letter to accountants | 4.25 |
|---|---|---|
| 11/15/2005 | Telephone conference on environmental issue and Bott Letter re: same | 1.75 |
| 11/16/2005 | Research on legal issue; Telephone conferences re: same | 4.80 |
| 11/16/2005 | Multiple telephone conferences and follow up | 1.0 |
| 11/18/2005 | Letter on proposed memo and JOA; Telephone conferences; Review Andrews, Hooper & Pavlik engagement letter | 1.75 |
| 11/27/2005 | Work on Assignments; Review Terra AFES; Email note to Dick | 3.75 |
| 11/28/2005 | Review Andrews, Hooper & Pavlik agreement; Letter to Dick re: same; Review Lyons 28 correspondences; Work on Assignments | 2.80 |
| 11/29/2005 & 11/30/2005 | Work on Assignments | 10.50 |
| 11/6/2005 | Review Indian Green JIB; Email Elizabeth | .50 |
| 11/6/2005 | Review JIB; Email to Elizabeth; Review insurance correspondences; Review reports | 1.80 |
| 11/11/2005 | Travel to and from Detroit for quarterly meeting and meeting with accountants; Follow up phone calls | 3.0 |
| 11/17/2005 | Letter to Ken and Elizabeth, cc Dick re: UBS Statements | .25 |
| 11/26/2005 | Review accounting information from Karen; Email re: same | 3.25 |

# RECAPITULATION