EXHIBIT A

## Vorman, Dixon & Manis, p.l.

ATTORNEYS AT LAW

2400 LAKE LANSING ROAD, SUITE F
LANSING, MICHIGAN 48912

GARY I. WORMAN
KIMBERLY DIXON
PAULA K. MANIS*
*Admitted in Colorado

517-485-0400
Fax 517-485-0402
wdmplc@cite.com

H. Richard Fruehauf, Jr.
Suite 311
131 Kercheval Center
Grosse Pointe Farms, MI 48236

January 5, 2004
Invoice No. 2003-12-009
Tax ID No. 38-3546328

**Re:** **Separation Agreement**
**Dominion Buy-Back**
**Miscellaneous**
**NuEnergy**

| Date | | Hours |
|---|---|---|
| 12/02/03 | *Review property accounting reports from Karen (11-25 email). Conference call with Mark Godek and Karen reviewing same. Review weekly summary. Letter to Brock and Jeff. Letter to Karen. | 2.75 |
| 12/03/03 | *Review financial reports from Karen. Letter to her, re: same. Several telephone calls. | 2.75 |
| 12/05/03 | *Conference call with Tom Malendowski, et al. Telephone calls, re: PPC audit. Letter, re: accounting files. Memos. Review oxygen contact. Review FOA. Telephone call with Jeff, re: same. | 5.0 |
| 12/10/03 | *Telephone calls with Doug, research, re: GE. Telephone calls with Steefel. Several other calls, re: meetings, accounting, etc. | 3.20 |
| 12/12/03 | *Travel to and from Gaylord for meeting. | 12.0 |
| 12/16/03 | *Review meeting materials. Email letter to Jeff and Tim | 1.50 |
| 12/26/03 | *Telephone calls with Jeff. | .4 |
| 12/30/03 | *Review fax. Telephone calls with Doug and with Jeff. | 1.0 |
| 11/30/03-<br>12/01/03 | Call Doug, re: Lyons-Darling well. Letter, re: Dominion 2nd closing. Review MJ & Transfer Orders on Roye 2-21 and Lucas 1-21. Check title. Letter to Jeff, re: same. Telephone calls will Jeff, re: PPC documents and 2nd closing. Review reports prepared by Karen. Emails, letters, re: same | 5.75 |

| Date | Description | Hours |
|---|---|---|
| 12/02/03 | Telephone call, re: Dominion prorations for closing. Telephone call with Linda Butka, letter, re: same. Telephone call with Jeff, re: facility use fee. Telephone call with Godek. Letter, re: facility fee. | 2.80 |
| 12/04/03 | Letter to Doug. Review MDNR report. Letter to Dominion. Letters to Jeff and Karen, re PPC audit. Telephone call with Butka. Letter from Butka. Telephone call with Jeff. | 4.75 |
| 12/06/03 | Telephone call with John Lynch, re: litigation. Conference call with Doug & Jeff, re: same. Review Separation Agreement. Online research. Memo to Doug, re: same. Letter, re: scope of audit. | 2.75 |
| 12/08/03 | Telephone calls with Doug. Letter to Burka. Conference call with Butka, Malendowski & Thomas. Telephone calls with Karen, Jeff, Tom Malendowski. Conference call with all three and Linda Butka. Malendowski to follow up on TBQ request; then Karen with Dominion to reconcile. Telephone call with Federal Courts & Otsego Circuit, re: pending action. | 5.75 |
| 12/09/03 | Letter to Doug, re: PPC materials. Telephone calls with Doug, re: 96 Program and plugging trends. Multiple telephone calls. | 3.30 |
| 12/10/03-12/11-03 | Telephone calls, re: determine filing of GE litigation. Telephone calls with Doug. Review materials. | .7 |
| 12/15/03 | Review Complaint, email, re: same. Review WPS Contract. Research, re: TIFD III-X v FPC. Letters, re: same. Several telephone calls. | 5.75 |
| 12/17/03 | Review LP Agreement. Telephone calls, letter, re: same and implications. Telephone call, re: Malendowski's invoice | 3.40 |
| 12/18/03 | Review revised contract. Telephone calls, re: same. Memo | 1.0 |
| 12/19/03 | Telephone call with Ken Fruehauf, re: trust accounts. Telephone calls with Jeff, re: oxygen letter and drilling program. Return Brock's call-Conference call. | 2.75 |
| 12/22/03 | Telephone calls with Mark, Jeff, Ken, re: drilling program, review oxygen letter. Telephone call with Jeff, re: same. Modify letter. Review proposed agreement. Modify agreement. | 3.40 |
| 12/23/03 | Telephone calls with Jeff, re: agreements. | .75 |
| 12/24/03 | Multiple telephone calls | 2.20 |
| 12/29/03 | Telephone calls, re: drilling contract and GE litigation. Review pleadings. | 1.0 |

# RECAPITULATION

-Please make checks payable to Worman, Dixon & Manis, PLC -