# EXHIBIT B

# WORMAN, DIXON & MANIS, P.L.C.
### ATTORNEYS AT LAW
2400 LAKE LANSING ROAD, SUITE E
LANSING, MICHIGAN 48912

GARY L. WORMAN
KIMBERLY DIXON
PAIRA K. MANIS
Also Admitted to
¹ Kansas
² Colorado

HRF Antrim Ltd. Partnership
131 Kercheval Avenue #311
Grosse Pointe Farms, MI 48236

517-485-0400
Fax: 517-485-0402
wdmplc@core.com

December 6, 2004
Invoice No. 2004-11-37
Tax ID No. 38-3546328

Re: **Separation Agreement**
   **Program Interests**
   **Miscellaneous**
   **NuEnergy**

| Date | | Hours |
|---|---|---|
| 11/1/2004 | Phone conferences and emails; Review report; check Separation Agreement; Conference call re: same; phone conference w/Rasmussen; Telephone conferences re: damage, Settlement Releases | 2.75 |
| 11/2/2004 11/4/2004 | Continue review of program through materials on payout; Call Rasmussen; Telephone conferences w/Smetzer | 10.25 |
| 11/4/2004 | Telephone conference with Rasmussen re: accounting analysis/legal implications; Telephone conferences w/Karen | 1.75 |
| 11/5/2004 | Review Separation Agreement and Dominion Agreement letter re: NORM surface and use amount; Telephone conferences re: same; Talk w/Brock re: same | 3.8 |
| 11/7/2004 | Review of chart re: costs for NORM cleanup and review of email re: same; letters to Karen | .75 |
| 11/6/2004 | Review Separation Agreement and past agreement | 3.5 |
| 11/09/2004 11/12/2004 | Prepare for and travel to and from through Gaylord; legal work re: surface agreements, investment programs, title issues and other legal matters; Title review on 6-33 title problem | 12.5 |

| Date | Description | Hours |
|---|---|---|
| 11/17/2004 | Telephone conferences re: legal issues; Review Order | 1.5 |
| 11/18/2004 | Attend hearing on Rifle River 3-21; Review of LP Agreement and Separation agreement calculations; multiple telephone conferences and teleconferences | 8.5 |
| 11/19/2004 | All day office meeting w/Jeff Smetzer reviewing payout materials | 8.75 |
| 11/20/2004 | Review fax; Telephone conference w/Rasmussen | 0.5 |
| 11/22/2004 | Agreement review; multiple telephone conferences and conference calls; Review and edit memo | 2 |
| 11/23/2004 | Review of documents; telephone conference and conference calls | 5.75 |
| 11/24/2004 | Review of documents, letters and agreements; Multiple telephone conferences and conference calls; Review underlying documents | 8.9 |
| 11/25/2004 11/27/2004 | Review draft of pleadings; Review through email; Conference Calls; Telephone conferences and letter; review series of emails and telephone conferences. | 7.5 |
| 11/29/2004 | Telephone conferences and conference call | 1.4 |
| 11/30/2004 | Review emails; Telephone conferences; Review draft; Letter re: same | 2.3 |
| 11/1/2004 | Review fax re: drilling funds | 2.40 |
| 11/3/2004 | Email to parties; Telephone conferences | .75 |
| 11/6/2004 | Review reports; Responsive emails; Telephone conference | 2.40 |
| 11/8/2004 | Respond to emails; telephone | 1.0 |

conferences

| Date | Description | Hours |
|---|---|---|
| 11/12/2004 | Management issue discussions and reviews | 12.5 |
| 11/13/2004 | Telephone conferences and emails on and various matters; Begin report review | 2.9 |
| 11/14/2004 | | |
| 11/15/2004 | Phone conference w/Jeff and emails; Begin review of request on agreements | 3.8 |
| 11/6/2004 | Emails in response to various requests | 3.7 |
| 11/22/2004 | Agreement review, multiple telephone conferences and conference calls; Review and edit memo | 2 |
| 11/24/2004 | Review engineering reports and accounting reports; teleconferences re: same; respond to same | 1.5 |
| 11/29/2004 | Final review of JIBs and letter to Dick and Janet; Letter to Jeff and Time | 2.25 |
| 11/30/2004 | Review Brock reports, Thomas report; Telephone conferences | 1.5 |

RECAPITULATION

# WORMAN, DIXON & MANIS, P.L.C.
## ATTORNEYS AT LAW
2400 LAKE LANSING ROAD, SUITE E
LANSING, MICHIGAN 48912

GARY L WORMAN*
KIMBERLY DIXON
PAULA K. MANIS[1]

Also admitted in
*Kansas
[1] Colorado

517-485-0400
Fax: 517-485-0403
wdmplc@core.com

HRF Antrim Ltd. Partnership
131 Kercheval Avenue #311
Grosse Pointe Farms, MI 48236

January 5, 2005
Invoice No. 2004-12-23
Tax ID No. 38-3546328

Re:  **Separation Agreement**
     **Program Interests**
     **Miscellaneous**
     **NuEnergy**

| Date | | Hours |
|---|---|---|
| 12/1/2004 | Review of materials from Doug; Check underlying agreements; Edit materials | 6.5 |
| 12/2/2004 | Emails and letters; Telephone conferences re: accountings, investment wells and related issues | 3.75 |
| 12/4/2004 | Review escrow agreement, email re: same; Complete review title issue | 2.25 |
| 12/6/2004; 12/7/2004 | Prepare for and travel to and from Gaylord for meetings with Jeff, et al on legal issues and other matters; Review legal issues re: Ziobron Insurance, and Wolf | 4.0 |
| 12/8/2004; 12/9/2004 | Prepare for family annual meeting; Telephone conference re: accounting and other matters; Conference calls; Telephone conference w/accountant. | 4.40 |
| 12/10/2004 | Travel to and attend annual family meeting | 8.3 |
| 12/14/2004 | Conference call w/Smetzer and Rasmussen; Letters re: several issues; Conference call w/Rasmussen, et al; Review notes re: suspended funds; Edit fax to Jeff; Letter to accountant; Telephone conferences from accountant | 4.3 |

| Date | Description | Hours |
|---|---|---|
| 12/15/2004 | Review and edit email from Rasmussen; Multiple emails and letters; Respond to email and telephone conference re: same; Review Mulvaney letter; Multiple telephone conferences w/Grace; Telephone conferences w/Doug; Telephone conferences w/Jeff; Telephone conferences w/auditor (THIS CHARGE HAS BEEN DIVIDED IN HALF WITH THE AUDIT CHARGES) | 2.6 |
| 12/16/2004 | Respond to Brock email on NORM issue; Telephone conference w/JJL; Letter to JJL; Research re: NORM issue | 1.75 |
| 12/18/2004 12/21/2004 | Telephone conferences and emails and through letters re: suspended funds and other issues | 3.75 |
| 12/1/2004 | Review reports; Telephone conferences w/Brock; Conference calls re: operational issues | 2 |
| 12/2/2004 | Responses to misc. issues; Telephone conferences and conference call | 1.8 |
| 12/3/2004 | Telephone conferences and emails on misc. issues | 2.75 |
| 12/4/2004 | Review reports re: accounting and operations | 1.75 |
| 12/5/2004 | Begin review of files and report in preparation for family annual meeting | 3 |
| 12/6/2004; 12/7/2004 | Prepare for and travel to and from Gaylord; Review legal issues re: Zibron Insurance and Wolf; Management issues | 10 |
| 12/14/2004 | Review 12/1/04 letter re: accounting; Review reports; Responsive emails | 1.4 |
| 12/17/2004 12/20/2004 | Review request for transfer of funds; through Letters, emails and telephone conferences and various management issues | 4.25 |

RECAPITULATION